UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN M. DAVIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES P. CONWAY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  3:22-cv-00550-ART-CSD<br><br>ORDER |

**I.	DISCUSSION**

On December 19, 2022, the Court ordered Plaintiff Hasan M. Davis, who was being detained at Washoe County Detention Center, to file an application to proceed *in forma pauperis* for inmates by February 16, 2023.  (ECF No. 3.)  That order came back as undeliverable to Plaintiff's address.  (ECF No. 6.)  Plaintiff subsequently filed two notices of a change of address, indicating that Plaintiff is no longer incarcerated.  (ECF Nos. 7, 9.)  Accordingly, the Court now directs Plaintiff to file an application to proceed *in forma pauperis* for non-prisoners, or pay the $402 filing fee, **by March 17, 2023**.  If Plaintiff fails to file an application to proceed *in forma pauperis* by that deadline, this case will be subject to dismissal without prejudice.

Plaintiff has filed a motion requesting "ADR Settlement." (ECF No. 5.)  The Court construes this as a request that the case be referred to the Court's Inmate Early Mediation program.  Because the Court has not yet screened Plaintiff's complaint, the Court will not refer this case to mediation at this time, and the Court denies the motion without prejudice.

Plaintiff has also filed two motions requesting that the Court "resend all proceedings" to Plaintiff's current address.  (ECF Nos. 8, 10.)  The Court construes this as a request that any documents that were sent to Plaintiff's previous address be resent to his current address. The only document that was sent to Plaintiff's previous address, and came back as undeliverable, was the Court order directing Plaintiff to submit an application to proceed *in forma pauperis* for inmates.  Because Plaintiff is no longer

incarcerated, Plaintiff now needs to file an application to proceed *in forma pauperis* for non-prisoners, rather than the form for inmates. As such, Plaintiff does not need a copy of the Court's previous order, and that Court denies Plaintiff's motions without prejudice. The Court notes that if Plaintiff wants a copy of any document filed in this case, he may file a request with the Clerk's office and pay the applicable fees for the copies.

## II.     CONCLUSION

For the foregoing reasons, **IT IS ORDERED** the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that **by March 17, 2023**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an ADR settlement (ECF No. 5) is denied without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motions "to resend proceedings" (ECF Nos. 8, 10) are denied without prejudice.

DATED:  February 14, 2023.

_____
UNITED STATES MAGISTRATE JUDGE